■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAYODE J. AFOLABI, Appellant. [65 NYS3d 738]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Henry, J.), rendered August 2, 2011, convicting him of attempted assault in the third degree, menacing in the third degree, and harassment in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (see CPL 470.15 [5]; People v Danielson, 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe their demeanor (see People v Mateo, 2 NY3d 383, 410 [2004]; People v Bleakley, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the rejection of the justification defense and the verdict of guilt were not against the weight of the evidence (see People v Romero, 7 NY3d 633 [2006]). Balkin, J.P., Maltese, Barros and Connolly, JJ., concur.